# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 14-30342 | | Trustee Name: | Collene K. Corcoran |
|---|---|---|---|---|
| Case Name: | CHIARELLI, RICK ALAN | | Date Filed (f) or Converted (c): | 02/14/2014 (f) |
| For the Period Ending: | 03/31/2015 | | §341(a) Meeting Date: | 03/24/2014 |
| | | | Claims Bar Date: | 07/30/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining |
| **Ref. #** | | | | | |
| 1  Single Family Residence Location: 11066 Jeanette Drive, Whitmore Lake MI 48189 SEV $112,778 | $220,000.00 | $20,000.00 | | $0.00 | $266,000.00 |
| 2  Single Family Residence 11029 Merrill Road Per Debtor "FMV $46,000" | $23,000.00 | $5,000.00 | | $0.00 | $46,000.00 |
| **Asset Notes:** This is vacant land, not a residence, owned jointly with spouse. | | | | | |
| 3  Cash | $22.00 | $0.00 | | $0.00 | FA |
| 4  Household Furniture, Fixtures, Appliances, Computer, Etc. Location: 11066 Jeanette Drive, Whitmore Lake MI 48189 FMV $5,000 | $2,500.00 | $0.00 | | $0.00 | FA |
| 5  Books, Pictrues, DVDs, Etc. Location: 11066 Jeanette Drive, Whitmore Lake MI 48189 FMV $1,000 | $500.00 | $0.00 | | $0.00 | FA |
| 6  Personal Clothing Location: 11066 Jeanette Drive, Whitmore Lake MI 48189 | $400.00 | $0.00 | | $0.00 | FA |
| 7  Estimated 2013 Federal Income Tax Refund $3,632.00 | $1,816.00 | $432.50 | | $432.50 | FA |
| 8  2003 Ford Expedition 200,000 Miles Location: 11066 Jeanette Drive, Whitmore Lake MI 48189 | $2,000.00 | $0.00 | | $0.00 | FA |
| 9  2 Dogs Location: 11066 Jeanette Drive, Whitmore Lake MI 48189 | $0.00 | $0.00 | | $0.00 | FA |
| 10  1993 Polaris ATV Location: 11066 Jeanette Drive, Whitmore Lake MI 48189 | $500.00 | $0.00 | | $0.00 | FA |

| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $250,738.00 | $25,432.50 | | $432.50 | $312,000.00 |

**Major Activities affecting case closing:**

03/31/2015   TRUSTEE INVESTIGATING REAL ESTATE - 5/22/14 COMPLIANT AGAINST D. CHIARELLI - APPROVAL OF SALE OF PROPERTY OF ESTATE AND OF A CO-OWNER - STIP TO CONSENT TO REAL SELL PROPERTY - 6/17/14 ORDER ENTERED; LISTING AGREEMENT EXPIRED, WILL RELIST IN SPRING FOR MAXIMUM RETURN FOR CREDITORS.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 05/01/2016 | /s/ COLLENE K. CORCORAN | |
| **Current Projected Date Of Final Report (TFR):** | 05/01/2016 | COLLENE K. CORCORAN | |

## FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| | | |
|---|---|---|
| **Case No.** 14-30342 | **Trustee Name:** | Collene K. Corcoran |
| **Case Name:** CHIARELLI, RICK ALAN | **Bank Name:** | Bank of Texas |
| **Primary Taxpayer ID #:** **-***5822 | **Checking Acct #:** | ******1314 |
| **Co-Debtor Taxpayer ID #:** | **Account Title:** | |
| **For Period Beginning:** 04/01/2014 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** 03/31/2015 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/28/2014 | (7) | Rick Chiarelli - Money Order | FULL PAY OF NON-EXEMPT PORTION OF TAX REFUND | 1124-000 | $432.50 | | $432.50 |
| | | | **TOTALS:** | | $432.50 | $0.00 | $432.50 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $432.50 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $432.50 | $0.00 | |

**For the period of 04/01/2014 to 03/31/2015**

| | |
|---|---|
| Total Compensable Receipts: | $432.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $432.50 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/28/2014 to 3/31/2015**

| | |
|---|---|
| Total Compensable Receipts: | $432.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $432.50 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursement | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-30342 | | Trustee Name: | Collene K. Corcoran |
|---|---|---|---|---|
| Case Name: | CHIARELLI, RICK ALAN | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***5822 | | Checking Acct #: | ******1314 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 04/01/2014 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 03/31/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|---|
| | | TOTAL - ALL ACCOUNTS | | $432.50 | $0.00 | $432.50 |

**For the period of 04/01/2014 to 03/31/2015**

| | |
|---|---|
| Total Compensable Receipts: | $432.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $432.50 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/28/2014 to 3/31/2015**

| | |
|---|---|
| Total Compensable Receipts: | $432.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $432.50 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ COLLENE K. CORCORAN

COLLENE K. CORCORAN